### IN THE UNITED STATES DISTRICT COURT
### OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGEL MUNGUIA,** <br> 28454 Bay Branch Dr. <br> Daphne, AL 36526 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF STATE,** <br> 600 19th Street, NW, Suite 5.600 <br> Washington, D.C. 20522 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff, ANGEL MUNGUIA, brings this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF STATE to produce the records that Salvador Nasralla, (a candidate in Honduras's 2017 Presidential General Elections,) presented to the U.S. DEPARTMENT OF STATE alleging General Elections in Honduras may have been tampered with. Defendant has failed to comply with the FOIA request and has not responded for over a year.

## PARTIES

2. Plaintiff ANGEL MUNGUIA made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF STATE ("the STATE DEPARTMENT") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**FEBRUARY 13, 2019, FOIA REQUEST**

6. On February 13, 2019, MUNGUIA submitted a FOIA request to the STATE DEPARTMENT for "documentation the Honduran Presidential Candidate, Salvador Nasralla, presented the State Department to show the elections in Honduras might have been tampered with due to an Amazon Server in Texas counting the votes shutdown and rebooted with flipped results."  The time frame for the search is from October 30, 2017 to March 1, 2018.  Exhibit A.

7. MUNGUIA requested a fee waiver and expedited processing.

8. Soon after submitting the request via email, MUNGUIA received an automated email from the STATE DEPARTMENT with a "review of the request."  Exhibit A.

9. On March 13, 2019, the STATE DEPARTMENT acknowledged receipt of the request and assigned reference number F-2019-02851 to the matter.  Exhibit B.

10. In that letter, the STATE DEPARTMENT denied expedited processing and sought an extension due to "unusual circumstances."  Exhibit B.

11. Having received no further correspondence from the STATE DEPARTMENT for over a year, MUNGUIA sought an update on his request on June 23, 2020.  Exhibit C.

12. On June 23, 2020, the STATE DEPARTMENT stated that the "request is in process and has a November 30, 2022, estimated date of completion."  Exhibit C at 2.

13. STATE DEPARTMENT is aware that under FOIA, agencies are required to "promptly" produce non-exempt records.

14. As of the date of this filing, the STATE DEPARTMENT has not issued a determination and has produced no records responsive to the request.

**COUNT I – FEBRUARY 13, 2019, FOIA REQUEST**

15. The above paragraphs are incorporated herein.

16. The STATE DEPARTMENT is a federal agency, subject to FOIA.

17. The requested records are not exempt under FOIA.

18. The STATE DEPARTMENT has failed to comply with FOIA.

**WHEREFORE**, MUNGUIA asks the Court to:

i. declare that the STATE DEPARTMENT violated FOIA;

ii. order the STATE DEPARTMENT to conduct a reasonable search for records and to produce the requested records;

iii. enjoin the STATE DEPARTMENT from withholding non-exempt public records under FOIA;

iv. award MUNGUIA attorneys' fees and costs;

v. award such other relief the Court considers appropriate.

Dated: August 12, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff
ANGEL MUNGUIA

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com